IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 07-154 |
| MOSES L. OVERTON, ) | |
| Defendant. ) | |

## MOTION AND ORDER TO SEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed until the arrest and apprehension of defendant Moses L. Overton, except for the limited purpose of permitting the U.S. Marshals Service to enter into NCIC the arrest warrant.

COLM F. CONNOLLY
United States Attorney

By: _/s/ Christopher J. Burke_
Christopher J. Burke
Assistant United States Attorney

Dated: November 15, 2007

AND NOW, to wit, this 15th day of November, 2007, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be sealed until the arrest and apprehension of Moses L. Overton, except for the limited purpose of permitting the U.S. Marshals Service to enter the arrest warrant on NCIC.

_/s/ Leonard P. Stark_
Honorable Leonard P. Stark
United States Magistrate Judge