④

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 07-154 |
| MOSES L. OVERTON, | ) ) ) |
| Defendant. | ) |

### MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Moses L. Overton, pursuant to an Indictment returned against him by the Federal Grand Jury on November 15, 2007.

COLM F. CONNOLLY
United States Attorney

BY: *Christopher J. Burke*
Christopher J. Burke
Assistant United States Attorney

Dated: November 15, 2007

AND NOW, this \_\_\_\_15th\_\_\_\_ day of \_\_\_November_____, 2007, based upon the foregoing Motion,

**IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of Moses L. Overton.

_____
Honorable Leonard P. Stark
United States Magistrate Judge