IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-154-UNA |
| | ) | |
| MOSES OVERTON, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER TO UNSEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be unsealed.

COLM F. CONNOLLY
United States Attorney

By: /s/ Christopher J. Burke
Christopher J. Burke
Assistant United States Attorney

Dated: May 30, 2008

AND NOW, to wit, this 30th day of May, 2008, upon the foregoing Motion, IT IS HEREBY ORDERED that the Indictment and File in the above-captioned case be unsealed.

_____
Honorable Leonard P. Stark
United States Magistrate Judge