# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
**CLERK OF COURT**

**CRIMINAL SECTION**
**404-215-1615**

June 2, 2008

Clerk of Court
Delaware District Court
J. Caleb Boggs Federal Bldg.
844 North King Street
Wilmington, DE 19801-3519

    RE:    United States of America v. Moses L. Overton
            NDGA Case No.: 1:08-MJ-597
            Your Case No.: 07-154

Dear Clerk:

    Rule 5(c)(3) proceedings were held in this district on May 30, 2008. Please find enclosed original documents of said proceedings, and certified copy of commitment to another district and docket sheet.

    Please acknowledge receipt on the enclosed copy of this letter. If this office can be of any further assistance, please contact the undersigned deputy clerk at (404) 215-1655.

                                    Sincerely,

                                    James N. Hatten
                                    Clerk of Court

                    By:        *s/ Belqyis Evans*
                                 Deputy Clerk

Enclosures

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2008 JUN -5 PM 12:17

CLOSED

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CRIMINAL DOCKET FOR CASE #: 1:08-mj-00597-GGB All Defendants
# Internal Use Only

Case title: USA v. Overton
Other court case number: 07-154 District of Delaware

Date Filed: 05/30/2008
Date Terminated: 05/30/2008

Assigned to: Magistrate Judge Gerrilyn G. Brill

### Defendant (1)

**Moses L. Overton**
*TERMINATED: 05/30/2008*

represented by **Moses L. Overton**
PRO SE

**Judy A. Fleming**
Federal Defender Program
100 Peachtree Street, N.W.
The Equitable Building, Suite 1700
Atlanta, GA 30303
404-688-7530
Fax: 404-688-0768
Email: Judy_Fleming@FD.Org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or Community Defender Appointment

ATTEST: A TRUE COPY
CERTIFIED THIS

JUN 2 2008

James N. Hatten, Clerk
By: *Bevan*
Deputy Clerk

### Pending Counts

None

### Disposition

### Highest Offense Level (Opening)

None

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

## Complaints

18:1344 and 2 - BANK FRAUD

## Disposition

### Plaintiff

USA        represented by **Mary Christine Roemer**
Office of United States Attorney
75 Spring Street, S.W.
600 United States Courthouse
Atlanta, GA 30303
404-581-6000
Email: mary.roemer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 05/30/2008 |   | Arrest (Rule 40) of Moses L. Overton. (bse) (Entered: 06/02/2008) |
| 05/30/2008 | 1 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Judy Fleming as to Moses L. Overton. Signed by Magistrate Judge Gerrilyn G. Brill on 5/30/08. (bse) (Entered: 06/02/2008) |
| 05/30/2008 | 2 | Minute Entry for proceedings held before Magistrate Judge Gerrilyn G. Brill: Initial Appearance in Rule 5(c)(3) Proceedings as to Moses L. Overton held on 5/30/2008. Defendant waives identity hearing. Government's Motion for Detention filed. Pretrial detention hearing requested in charging district. Commitment issued. Defendant ordered held for removal to other district. (Attachments: # 1 Indictment and Warrant). (Tape #GGB 08-18 @ 6969). (bse) (Entered: 06/02/2008) |
| 05/30/2008 | 3 | WAIVER of Rule 40 Hearings by Moses L. Overton. (bse) (Entered: 06/02/2008) |
| 05/30/2008 | 4 | GOVERNMENT'S MOTION for Detention by USA as to Moses L. Overton. (bse) (Entered: 06/02/2008) |
| 05/30/2008 | 5 | ORDER granting 4 Government's Motion for Detention as to Moses L. Overton (1). Signed by Magistrate Judge Gerrilyn G. Brill on 5/30/08. (bse) (Entered: 06/02/2008) |
| 05/30/2008 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Moses L. Overton. Defendant committed to District of Delaware. Signed by Magistrate Judge Gerrilyn G. Brill on 5/30/08. (c: served by deputy clerk). (bse) (Entered: 06/02/2008) |

| 05/30/2008 | | Magistrate Case Closed. Defendant Moses L. Overton terminated. (bse) (Entered: 06/02/2008) |

FILED IN CHAMBERS
U.S.D.C. Atlanta

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MAY 30 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MOSES L. OVERTON,

    Defendant.

CASE NO. 1:08-MJ-597

### ORDER APPOINTING COUNSEL

JUDY FLEMING

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 30th day of May, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

| | | | |
|---|---|---|---|
| **MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)** | | **FILED IN OPEN COURT** | |
| | | DATE: 5/30/08 @ 3:30 pm | |
| | | TAPE: GGB 08-18 @ 6939 | |
| | | TIME IN COURT: 8 min. | |
| MAGISTRATE JUDGE | GERRILYN G. BRILL | COURTROOM DEPUTY CLERK: | Suzy Edwards |
| CASE NUMBER: | 1:08-MJ-597 | DEFENDANT'S NAME: | MOSES L. OVERTON |
| AUSA: | Mary Roemer | DEFENDANT'S ATTY: | Judy Fleming |
| USPO / PTR: | | ( ) Retained  ( ) CJA  (X) FDP  ( ) Waived | |

| | |
|---|---|
| X | ARREST DATE  5/30/08 |
| X | Initial appearance hearing held.          X   Defendant informed of rights. |
| ___ | Interpreter, sworn: _____ |

### COUNSEL

| | |
|---|---|
| X | ORDER appointing Federal Defender as counsel for defendant. |
| ___ | ORDER appointing _____ as counsel for defendant. |
| ___ | ORDER: defendant to pay attorney's fees as follows: _____ |

### REMOVAL HEARING

| | | |
|---|---|---|
| X | Defendant WAIVES identity hearing. | ___ WAIVER FILED |
| ___ | Identity hearing HELD.   ___ Defendant is named defendant in complaint / indictment. | |
| ___ | Defendant WAIVES preliminary hearing in this district only.   ___ WAIVER FILED | |
| ___ | Preliminary hearing HELD.   ___ Probable cause found. Defendant to answer to charges in other district. | |
| X | Commitment issued; defendant ORDERED held for removal to other district. | |

### BOND/PRETRIAL DETENTION HEARING

| | |
|---|---|
| X | Government motion for detention filed. |
| X | Pretrial detention hearing requested in charging district. |
| ___ | Bond/Pretrial detention hearing HELD. |
| ___ | Government motion for detention  ( ) GRANTED  ( ) DENIED |
| ___ | Pretrial detention ordered.   ___ Written order to follow. |
| ___ | BOND set at _____   ___ NON-SURETY   ___ SURETY |
| | ___ cash   ___ property   ___ corporate surety ONLY |
| ___ | SPECIAL CONDITIONS: _____ |

| | |
|---|---|
| ___ | Bond filed. Defendant released. |
| ___ | Bond not executed. Defendant to remain in Marshal's custody. |
| ___ | Motion  (   verbal)  to reduce/revoke bond filed. |
| ___ | Motion to reduce/revoke bond   ___ GRANTED   ___ DENIED |
| ___ | See page 2 |

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

FILED IN OPEN COURT
U.S.D.C. Atlanta

# UNITED STATES DISTRICT COURT

MAY 30 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

__NORTHERN__ DISTRICT OF __GEORGIA__

UNITED STATES OF AMERICA

v.

__MOSES L. OVERTON__

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 1:08-MJ-597

CHARGING DISTRICTS
CASE NUMBER: 07-154

I understand that charges are pending in the _____ District of __DELAWARE__ alleging violation of __18 USC 1344 and 2__ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1)  retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)  an identity hearing to determine whether I am the person named in the charges;

(3)  a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)  Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

[X] identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

5/30/08
Date

_____
Defendant

_____
Defense Counsel

ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAY 30 2008

JAMES N. HATTEN, Clerk
By: /s/ _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| MOSES L. OVERTON | : | NO. 1:08-MJ-597 |

### GOVERNMENT'S MOTION FOR DETENTION

Comes now the United States of America, by and through its counsel, David E. Nahmias, United States Attorney, and MARY C. ROEMER, Assistant United States Attorney for the Northern District of Georgia, and pursuant to 18 U.S.C. §§ 3142(e) and (f) moves for detention for the above-captioned defendant.

1. **Eligibility of Case.**

This case is eligible for a detention order because this case involves (check all that apply):

_____    Crime of violence (18 U.S.C. § 3156)

_____    Maximum sentence of life imprisonment or death

_____    10 + year drug offense

_____    Felony, with two prior convictions in the above categories

__X__   Serious risk the defendant will flee

_____    Serious risk of obstruction of justice

2.  <u>Reason for Detention.</u>

The Court should detain defendant because there are no conditions of release that will reasonably assure (check one or both):

__X__     Defendant's appearance as required

__X__     Safety of any other person and the community


3.  <u>Rebuttable Presumption.</u>

The United States (will, **will not**) invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (check one or more):

_____     There is probable cause to believe defendant committed 10 + year drug offense.

_____     There is probable cause to believe defendant committed an offense in which a firearm was used, carried, or possessed under § 924(c).

_____     Defendant has been charged with a federal offense that is described in § 3142(f)(1), and

(1) defendant has been convicted of a Federal offense that is described in § (f)(1) of this section, or of a State or Local offense that would been an offense described in § (f)(1) of this section if a circumstance giving rise to Federal jurisdiction had existed;

2

(2) the offense described in paragraph (1) was committed while defendant was on release pending trial for a Federal, State or local offense; and

(3) A period of not more than five years has elapsed since the date of conviction, or the release of the person from imprisonment, for the offense described in paragraph (1), whichever is later.

_____ [Circle one] This is an offense involving a minor under 18 U.S.C. § 1201, or an offense under 18 U.S.C. § 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

4. <u>Time for Detention Hearing.</u>

The United States requests the Court conduct the detention hearing:

__■__   At the initial appearance.

__X__   After continuance of __3__ days (not more than 3).

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Dated:  this 30th day of May, 2008.

                                     Respectfully submitted,

                                     DAVID E. NAHMIAS
                                     UNITED STATES ATTORNEY

                                     MARY C. ROEMER
                                     ASSISTANT U.S. ATTORNEY
                                     600 U.S. Courthouse
                                     75 Spring Street, SW
                                     Atlanta, Georgia 30303
                                     (404)581-6000
                                     Ga. Bar No. 611790

listed below a copy of the foregoing document by hand delivery:

Counsel for Defendant

This 30th day of May, 2008.

MARY C. ROEMER
ASSISTANT UNITED STATES ATTORNEY

5

AO 472 (Rev. 3/86) Order of Detention Pending Trial

FILED IN CHAMBERS
U.S.D.C. Atlanta

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __GEORGIA__

MAY 30 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA
v.
__MOSES L. OVERTON__
*Defendant*

ORDER OF DETENTION PENDING TRIAL

Case  1:08-MJ-597

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

## Part I—Findings of Fact

☐ (1) The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has been convicted of a ☐ federal offense ☐ state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed    that is
  ☐ a crime of violence as defined in 18 U.S.C. § 3156(a)(4).
  ☐ an offense for which the maximum sentence is life imprisonment or death.
  ☐ an offense for which a maximum term of imprisonment of ten years or more is prescribed in _____.*
  ☐ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses.
☐ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.
☐ (3) A period of not more than five years has elapsed since the ☐ date of conviction ☐ release of the defendant from imprisonment for the offense described in finding (1).
☐ (4) Findings Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an) other person(s) and the community. I further find that the defendant has not rebutted this presumption.

### Alternative Findings (A)

☐ (1) There is probable cause to believe that the defendant has committed an offense
  ☐ for which a maximum term of imprisonment of ten years or more is prescribed in _____.
  ☐ under 18 U.S.C. § 924(c).
☐ (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings (B)

☑ (1) There is a serious risk that the defendant will not appear.
☐ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

## Part II—Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing establishes by ☐ clear and convincing evidence ☐ a preponderance of the evidence that

Defendant waived his detention hearing in N.D. Georgia and requested a detention hearing in the charging district

## Part III—Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

__5/30/08__
*Date*

*/s/ Gerrilyn Brill*
*Signature of Judicial Officer*
GERRILYN G. BRILL, UNITED STATES MAGISTRATE JUDGE
*Name and Title of Judicial Officer*

*Insert as applicable: (a) Controlled Substances Act (21 U.S.C. § 801 *et seq.*); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955a).

AO 94 (Rev. 12/03) Commitment to Another District

**FILED IN CHAMBERS**
U.S.D.C. Atlanta
MAY 30 2008
JAMES N. HATTEN, Clerk
By: /s/ [Deputy Clerk]
Deputy Clerk

# UNITED STATES DISTRICT COURT

NORTHERN District of GEORGIA

UNITED STATES OF AMERICA
V.
MOSES L. OVERTON

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 1:08-MJ-597 | 07-154 | 1:08-MJ-154 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
X Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)

charging a violation of   18   U.S.C. § 1344 and 2

**DISTRICT OF OFFENSE**
DISTRICT OF DELAWARE

**ATTEST: A TRUE COPY CERTIFIED THIS**

JUN 2 2008

James N. Hatten, Clerk
By: B Evans
Deputy Clerk

**DESCRIPTION OF CHARGES:**

AIDING AND ABETTING BANK FRAUD; BANK FRAUD; AGGRAVATED IDENTITY THEFT

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**   ☐ Retained Own Counsel   X Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   X No   ☐ Yes   Language:

**DISTRICT OF GEORGIA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

5/30/08    /s/ Gerrilyn D. Brill
Date       Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |