UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 07-154-SLR |
| | ) |
| MOSES L. OVERTON, | ) |
| | ) |
| Defendant. | ) |

### O R D E R

This **22ND** day of **JULY 2008**, the defendant having entered a plea of not guilty to the Indictment, pretrial motions shall be due within ten (10) days, that is on or before **AUGUST 5TH, 2008**. Any request for additional time to file pretrial motions must be filed in writing with the District Court Judge to whom this case has been assigned.

                                                     _____
                                                     **Honorable Leonard P. Stark**
                                                     **U.S. Magistrate Judge**

cc: Defense Counsel
    United States Attorney